## 7480

### CITY OF ANDERSON v. JOHNSON.

RULED by the case of *City of Anderson* v. *Seligman, ante,* 16.

Before ALDRICH, J., Anderson, Fall term, 1909. Reversed.

Indictment by city of Anderson in Mayor's Court against Andrew Johnson for selling whiskey. From order of Circuit Court reversing judgment of Mayor on ground that that Court had no jurisdiction of the case, City of Anderson appeals.

*Solicitor P. A. Bonham* and *Mr. Jno. K. Hood,* for appellant.

*Mr. G. B. Greene,* contra.

March 8, 1910. The opinion of the Court was delivered by

MR. JUSTICE HYDRICK. This case is controlled by the case of *City of Anderson* v. *Seligman et al.,* recently filed. Judgment reversed.